UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHEL RIVERA,

    Plaintiff,

v.

MRS BPO, LLC,

    Defendant.

Civil Action No.:

## NOTICE OF REMOVAL (FEDERAL QUESTION)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to 28 U.S.C. §§ 1331 and 1441 *et seq.*, and 15 U.S.C. § 1692 *et seq.*, Defendant MRS BPO, LLC ("Defendant"), hereby gives notice of removal of this cause of action, under the caption *Michel Rivera v. MRS BPO, LLC* from the Seventeenth Judicial Circuit in and for Broward County, Florida under Case No.: COCE-21-021919 ("State Court Action") to the United States District Court for the Southern District of Florida. In support of removal, Defendant, by and through its attorneys, states as follows:

1. On April 27, 2021, Plaintiff Michel Rivera ("Plaintiff") filed this action in the Seventeenth Judicial Circuit in and for Broward County, Florida. A copy of the state court record is attached and marked as Exhibit "A".

2. Plaintiff served Defendant on April 30, 2021. This removal is timely pursuant to 28 U.S.C. § 1446(b).

3. This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question, wherein Plaintiff

1

alleges violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*. This Court is the proper district for removal because the Seventeenth Judicial Circuit in and for Broward County, Florida is located within the jurisdiction of the United States District Court for the Southern District of Florida.

4. The undersigned is not aware of any other documents that have been filed in this matter.

5. As required by 28 U.S.C. § 1446(d), Defendant will give notice of the filing of this notice to the Plaintiff and to the clerk of the County Clerk of Broward County where this action is currently pending, A copy of this Notice is attached as Exhibit B.

6. By virtue of this Notice of Removal of Action and the Notice filed in the Action, Defendant does not waive its rights to assert any personal jurisdictional defenses or file other pre-answer motions including Federal Rule of Civil Procedure 12 motions and/or motions to compel arbitration as permitted by the Federal Rules of Civil Procedure.

WHEREFORE, Defendant respectfully requests that the above-captioned matter currently pending in the County Court of Broward County, Florida be removed to this Honorable Court.

Dated: May 20, 2021

/s/ Ronald S. Canter
Ronald S. Canter, Esq.
Bar # 335045
The Law Offices of Ronald S. Canter, LLC
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
rcanter@roncanterllc.com

*Local address:*
400 S. Dixie Hwy #322
Boca Raton, Florida 33432
*Attorneys for Defendant MRS BPO, LLC*

6950410v1

## CERTIFICATE OF SERVICE

The undersigned hereby states that on May 20, 2021 he served the following parties with a copy of the Notice of Removal in Federal Court with Exhibits A and B, and Civil Cover Sheet via U.S. mail addressed as follows:

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street Suite 1744
Fort Lauderdale, FL 33301

/s/ Ronald S. Canter
Ronald S. Canter, Esq.

6950410v1