UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Civil Action No.: 0:21-cv-61065- RKA-PMH

_____

MICHEL RIVERA,

   Plaintiff,

v.

MRS BPO, LLC,

   Defendant.

_____

## REMOVAL STATUS REPORT

Defendant MRS BPO, LLC ("MRS"), by and through counsel, submits this Removal Status Report pursuant to the Court's Order Requiring Removal Status Report and Joint Scheduling Report [ECF No. 7]. MRS states as follows:

A.   Plaintiff alleges violations of the Florida Consumer Collection Practices Act ("FCCPA"), Fla. Stat. § 559.72(5) and the Fair Debt Collections Practices Act ("FDCPA"), 15 U.S.C. § 1692c(b) due to MRS allegedly disclosing private information regarding a consumer debt to an unauthorized third-party letter vendor. Plaintiff seeks statutory damages, actual damages and reasonable attorneys' fees and costs.

B.   This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by MRS pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question, wherein Plaintiff alleges violations of FDCPA. This Court is the proper district for removal because the Seventeenth Judicial Circuit in and for Broward County, Florida is located within the jurisdiction of the

1

United States District Court for the Southern District of Florida. Parties to this action are Plaintiff Michel Rivera and MRS BPO, LLC.

  C.  On May 31, 2021, Plaintiff filed a Motion to Remand [ECF No. 6]. MRS has no pending motions.

  D.  MRS is the sole defendant in this action and thus no other consent is required.

  E.  On April 30, 2021, Plaintiff served MRS with a copy of the initial pleading. On May 20, 2021, MRS timely removed the action.

             /s/ Ronald S. Canter
             Ronald S. Canter, Esq.
             Bar # 335045
             The Law Offices of Ronald S. Canter, LLC
             200A Monroe Street, Suite 104
             Rockville, Maryland 20850
             Telephone: (301) 424-7490
             Facsimile: (301) 424-7470
             rcanter@roncanterllc.com

             *Local address:*
             400 S. Dixie Hwy #322
             Boca Raton, Florida 33432

             *Attorneys for Defendant MRS BPO, LLC*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by electronic notification via CM/ECF system on this 4th day of June, 2021:

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street Suite 1744
Ford Lauderdale, FL 33301
*Counsel for Plaintiff*

                                             /s/ Ronald S. Canter
                                             Ronald S. Canter, Esq.

6982736v2