UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61065-CIV-ALTMAN/Hunt

MICHEL RIVERA,

    *Plaintiff*,

v.

MRS BPO, LLC,

    *Defendant*.

_____/

## ORDER SCHEDULING MEDIATION

The parties filed a Joint Proposed Order Scheduling Mediation [ECF No. 21]. Mediation in this case shall be held remotely before Barbara Locke on **January 6, 2022 at 1:00 PM**.

Within **three days** of the mediation, the parties shall file a joint mediation report with the Court. The report shall indicate whether the case settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse. Failure to comply with this Order may result in sanctions, including dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of July 2021.

                                                  **ROY K. ALTMAN**
                                                UNITED STATES DISTRICT JUDGE

cc:    counsel of record