**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-61065-CIV-ALTMAN/Hunt**

**MICHEL RIVERA**,

     *Plaintiff*,

*v.*

**MRS BPO, LLC**,

     *Defendant.*

_____/

## ORDER

The Federal Rules provide that, when "actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." FED. R. CIV. P. 42(a). Accordingly, the Court hereby **ORDERS AND ADJDUGES** as follows:

1. Case Number 21-cv-23221-RKA is hereby **CONSOLIDATED** into Case Number 21-cv-61065-RKA.

2. Case Number 21-cv-23221-RKA shall be administratively **CLOSED**. All future filings shall be made under *Rivera v. MRS BPO, LLC*, 21-cv-61065-RKA.

3. Any pending motions in Case Number is 21-cv-23221-RKA are **DENIED AS MOOT**.

4. By **September 21, 2021**, the Plaintiffs shall file a single, combined complaint, which will govern this case.

5. This Order is without prejudice to any party filing a future motion for separate trials under FED. R. CIV. P. 42(b).

6. The Clerk shall docket this Order in the following cases:

   a. *Rivera v. MRS BPO, LLC*, 21-cv-61065-RKA.

   b. *Cohen v. MRS BPO, LLC*, 21-cv-23221-RKA.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 14th day of September 2021.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record