UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61065-CIV-ALTMAN/Hunt

**MICHEL RIVERA**,

    *Plaintiff*,

v.

**MRS BPO, LLC**,

    *Defendant*.

_____/

## ORDER

The Federal Rules provide that, when "actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." FED. R. CIV. P. 42(a). Accordingly, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. Case Numbers 21-cv-62112-RKA and 21-cv-23598-RKA are hereby **CONSOLIDATED** into Case Number 21-cv-61065-RKA.

2. Case Numbers 21-cv-62112-RKA and 21-cv-23598-RKA shall be administratively **CLOSED**. All future filings shall be made under *Rivera v. MRS BPO, LLC*, 21-cv-61065-RKA.

3. Any pending motions in Case Numbers 21-cv-62112-RKA and 21-cv-23598-RKA are **DENIED AS MOOT**.

4. By **November 1, 2021**, the Plaintiffs shall file a single, combined complaint, which will govern this case.

5. This Order is without prejudice to any party filing a future motion for separate trials under FED. R. CIV. P. 42(b).

6. The Clerk shall docket this Order in the following cases:

    a. *Rivera v. MRS BPO, LLC*, 21-cv-61065-RKA.

      b. *Jordan v. MRS BPO, LLC*, 21-cv-62112-RKA.

      c. *Wilson v. MRS BPO, LLC*, 21-cv-23598-RKA.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 18th day of October 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record