# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

MICHEL RIVERA *et al*.

   Plaintiffs,

v.

MRS BPO, LLC,

   Defendant.

Civil Action No.: 0:21-cv-61065-RKA

Judge: Roy K. Altman
Magistrate: Patrick M. Hunt

## JOINT NOTICE OF NON-SETTLEMENT

Plaintiffs and Defendant, by and through their respective counsel, respectfully submit the following Joint Notice of Non-Settlement, in accordance with the Court's Order dated November 4, 2021 [ECF No. 51].

The parties engaged conducted an informal settlement conference on November 29, 2021. The parties were unable to settle the case. At this time, the parties do not believe that a settlement conference before a magistrate would be fruitful. The parties have agreed to engaged in mediation in March 2022.

Dated:  November 30, 2021

s/Bradley R. Armstrong
Bradley R. Armstrong
MOSS & BARNETT, PA
*Pro Hac Vice*
150 South Fifth Street, Suite 1200
Minneapolis, MN  55402
(612) 877-5359
(612) 877-5999 (fax)
Bradley.armstrong@lawmoss.com
*Attorneys for Defendant MRS BPO, LLC*

1