**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MICHEL RIVERA *et al*.

    Plaintiffs,

v.

MRS BPO, LLC,

    Defendant.

Civil Action No.: 0:21-cv-61065-RKA

Judge: Roy K. Altman
Magistrate: Patrick M. Hunt

## JOINT NOTICE OF NON-SETTLEMENT

Plaintiffs and Defendant, by and through their respective counsel, respectfully submit the following Joint Notice of Non-Settlement, in accordance with the Court's Order dated November 4, 2021 [ECF No. 51].

The parties engaged conducted an informal settlement conference on November 29, 2021. The parties were unable to settle the case. At this time, the parties do not believe that a settlement conference before a magistrate would be fruitful. The parties have agreed to engaged in mediation in March 2022.

Dated: December 2, 2021

    /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No. 118377
E-mail: tom@jibraellaw.com
THE LAW OFFICES OF JIBRAEL S. HINDI
110 SE 6th Street, Suite 1700
Fort Lauderdale, Florida 33301
Phone: 561-542-8550

1