# Composite Exhibit "A"

S-SFMRSA11
PDPTNO00201057 - 656927206 I01058
Return Address:
MRS BPO, L.L.C.
1930 OLNEY AVE.
CHERRY HILL, NJ 08003

PRESORT
FIRST-CLASS
U.S. POSTAGE &
FEES PAID
HOV SERVICES

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

ALFORD RAMLOCHAN
PO BOX 770491
CORAL SPRINGS FL 33077-0491



Send Payment/Correspondence to:
MRS Associates
1930 OLNEY AVE.
CHERRY HILL, NJ 08003
877-772-1543

Office Hours:
Monday - Thursday  9am - 9pm ET
Friday                       9am - 5pm ET

CREDITOR: JPMORGAN CHASE BANK N.A.
MRS ACCT#: LU4.5405781
CREDITOR ACCT#: xxxx1907
**ACCOUNT BALANCE : $13,084.98**

March 4, 2021

Dear ALFORD RAMLOCHAN,

We recognize that a possible hardship or pitfall may have prevented you from satisfying your obligation. We are presenting three options that will enable you to resolve your balance. We are not obligated to renew this offer.

Option 1: A monthly payment plan on the full balance of the account.

Option 2: You pay $5,626.54 in ONE PAYMENT to be received in this office on or before 03/19/2021.

Option 3: You make TWO PAYMENTS of $3,336.67 each. The first payment to be received in this office on or before 03/19/2021 and the second payment on or before 04/19/2021.

Payment may be made by calling 877-772-1543, mailing to the above address or by using our online payment website at https://mrspay.webview.com (internet connection required). If you have any questions or wish to discuss other arrangements, you may contact us.

When you call please let our representative know that you have received the JPMORGAN CHASE BANK N.A. Option Letter.

Sincerely,

MRS Associates
877-772-1543
MRS Associates is a trade name of MRS BPO, L.L.C.
Letter ID: LU4.5405781.18915792

Tax time is a great time to put issues like this behind you. Consider using your tax refund to satisfy your outstanding obligation.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.



Send Payment/Correspondence to:
MRS Associates
1930 OLNEY AVE.
CHERRY HILL, NJ 08003
833-710-1027

Office Hours:
Monday - Thursday  9am - 9pm ET
Friday              9am - 5pm ET

CREDITOR: NAVY FEDERAL CREDIT UNION
MRS ACCT#: DU9.10032
CREDITOR ACCT#: xxxx7042
ACCOUNT BALANCE : $3,696.94

November 20, 2020

Dear DEIDRE JORDAN,

We recognize that a possible hardship or pitfall may have prevented you from satisfying your obligation. We are presenting three options to resolve your balance. We are not obligated to renew this offer.

Option 1: A monthly payment plan on the full balance of the account.

Option 2: You pay $2,403.02 in ONE PAYMENT to be received in this office on or before 12/04/2020.

Option 3: You make TWO PAYMENTS of $1,293.93 each. The first payment to be received in this office on or before 12/04/2020 and the second payment on or before 01/04/2021.

Payment may be made by calling 833-710-1027, mailing to the above address or by using our online payment website at https://portal.mrsbpo.com.

When you call please let our representative know that you have received the NAVY FEDERAL CREDIT UNION Option Letter.

Sincerely,
MRS Associates
833-710-1027
MRS Associates is a trade name of MRS BPO, L.L.C.
Letter ID: DU9.10032.34993

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.

STL002wWP



S-SFMRSA11
PDDH6D00308416 - 649049784 I08417
*Return Address :*
MRS BPO, L.L.C.
1930 OLNEY AVE.
CHERRY HILL, NJ 08003



PRESORT
FIRST-CLASS
U.S. POSTAGE &
FEES PAID
HOV SERVICES

ALFORD RAMLOCHAN
PO BOX 770491
CORAL SPRINGS FL 33077-0491



Send Payment/Correspondence to:
MRS Associates
1930 OLNEY AVE.
CHERRY HILL, NJ 08003
877-772-1543

Office Hours:
Monday - Thursday  9am - 9pm ET
Friday             9am - 5pm ET

| CREDITOR: JPMORGAN CHASE BANK N.A. |
| MRS ACCT#: LU4.5405781 |
| CREDITOR ACCT#: xxxx1907 |
| **ACCOUNT BALANCE : $13,084.98** |

January 4, 2021

Dear ALFORD RAMLOCHAN,

We recognize that a possible hardship or pitfall may have prevented you from satisfying your obligation. We are presenting three options to resolve your balance. We are not obligated to renew this offer.

Option 1: A monthly payment plan on the full balance of the account.

Option 2: You pay $6,280.80 in ONE PAYMENT to be received in this office on or before 01/18/2021.

Option 3: You make TWO PAYMENTS of $3,467.52 each. The first payment to be received in this office on or before 01/18/2021 and the second payment on or before 02/18/2021.

Payment may be made by calling 877-772-1543, mailing to the above address or by using our online payment website at https://portal.mrsbpo.com.

When you call please let our representative know that you have received the JPMORGAN CHASE BANK N.A. Option Letter.

Sincerely,
MRS Associates
877-772-1543
MRS Associates is a trade name of MRS BPO, L.L.C.
Letter ID: LU4.5405781.18501312

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.

STL002wWP



S-SFMRSA11
PEWA6I00301784 - 680917301 I03568
Return Address:
MRS BPO, L.L.C.
1930 OLNEY AVE.
CHERRY HILL, NJ 08003



Send Payment/Correspondence to:
MRS Associates
1930 OLNEY AVE.
CHERRY HILL, NJ 08003
800-958-0612

Office Hours:
Monday - Thursday 9am - 9pm ET
Friday 9am - 5pm ET

ANEITA M THOMPSON-BAILY
6135 SW 192ND AVE
FORT LAUDERDALE FL 33332-3378

October 9, 2021

Please visit our new and improved customer portal at www.mrsbpo.com for more information!

CREDITOR: TD AUTO FINANCE LLC
CREDITOR ACCT#: xxxx3996
MRS ACCT#: LU1.15437801
VEHICLE MAKE: HYUNDAI
VEHICLE MODEL: SONATA
ACCOUNT BALANCE : $14,852.73

Dear ANEITA M THOMPSON-BAILY,

The above referenced creditor has placed your account with our office for collection. We recognize that sometimes circumstances or events can make it difficult to satisfy your financial obligations.

Resolving a long overdue debt is never easy. Often the hardest part is taking the first step. We are ready to assist you to find a solution that is both fair and reasonable.

Payment may be made by calling 800-958-0612, mailing to the above address or by using our online payment website at https://portal.mrsbpo.com.

**IMPORTANT CONSUMER INFORMATION**

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,

MRS Associates
800-958-0612
MRS Associates is a trade name of MRS BPO, L.L.C.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.



S-SFMRSA11
PD7OXU00305383 - 645958473 110766
Return Address:
MRS BPO, L.L.C.
1930 OLNEY AVENUE
CHERRY HILL NJ 08003



Send Payment/Correspondence to:
MRS Associates
1930 OLNEY AVENUE
CHERRY HILL NJ 08003
800-819-8567

Office Hours:
Monday - Thursday  9am - 9pm ET
Friday              9am - 5pm ET



EDWIN ETIENNE
8390 NW 28TH ST
SUNRISE FL 33322-2312

December 3, 2020

| | |
|---|---|
| CURRENT CREDITOR: | NCB MANAGEMENT SERVICES INC |
| ORIGINAL CREDITOR: | SANTANDER CONSUMER USA I |
| MRS ACCT#: | LU1.13670533 |
| ORIGINAL CREDITOR ACCT#: | xxxx2200 |
| CURRENT CREDITOR ACCT#: | xxxx2200 |
| Total Balance: | $5,061.42 |
| Charge off Date: | 03/31/2019 |
| Vehicle Make: | HYUN |
| Vehicle Model: | ELANTRA |

Dear EDWIN ETIENNE,

The above referenced creditor has placed your account with our office for collection. We recognize that sometimes circumstances or events can make it difficult to satisfy your financial obligations.

Resolving a long overdue debt is never easy. Often the hardest part is taking the first step. We are ready to assist you to find a solution that is both fair and reasonable.

Payment may be made by calling 800-819-8567, mailing to the above address or by using our online payment website at https://portal.mrsbpo.com.

**IMPORTANT CONSUMER INFORMATION**

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,

MRS Associates
800-819-8567
MRS Associates is a trade name of MRS BPO, L.L.C.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.


S-SFMRSA11
PE1E8000316395 - 664241836 I32790
*Return Address :*
MRS BPO, L.L.C.
1930 OLNEY AVE.
CHERRY HILL, NJ 08003


MRS Associates
1930 OLNEY AVE.
CHERRY HILL, NJ 08003
877-398-9255

Office Hours:
Monday - Thursday 9am - 9pm ET
Friday 9am - 5pm ET



LAKESHA WILSON
3855 NW 170TH ST
MIAMI GARDENS FL 33055-4528

May 4, 2021

| CREDITOR: TD BANK |
| CREDITOR ACCT#: xxxx0111 |
| MRS ACCT#: LU1.14834079 |
| Total Balance: $961.33 |

Please visit our new and improved customer portal at www.mrsbpo.com for more information!

Dear LAKESHA WILSON,

The above referenced creditor has placed your account with our office for collection. We recognize that sometimes circumstances or events can make it difficult to satisfy your financial obligations.

Resolving a long overdue debt is never easy. Often the hardest part is taking the first step. We are ready to assist you to find a solution that is both fair and reasonable. You are eligible for a discount offer. We are not obligated to renew this offer.

Make 1 payment of $721.05 to be received by 06/11/2021.

Payment may be made by calling 877-398-9255, mailing to the above address or by using our online payment website at https://portal.mrsbpo.com (internet connection required).

**IMPORTANT CONSUMER INFORMATION**

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,

MRS Associates
877-398-9255
MRS Associates is a trade name of MRS BPO, L.L.C.
Letter ID: LU1.14834079.20225690

Tax time is a great time to put issues like this behind you. Consider using any possible tax refund you may receive to satisfy your outstanding obligation.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.



S-SFMRSA11
PECZYP00710398 - 670599127 I10399
Return Address :
MRS BPO, L.L.C.
1930 OLNEY AVE.
CHERRY HILL, NJ 08003
PRESORT
FIRST-CLASS
U.S. POSTAGE &
FEES PAID
HOV SERVICES

BASSEM FAYAD
16950 N BAY RD APT 503
SUNNY ISLES BEACH FL 33160-4241



Send Payment/Correspondence to:
MRS Associates
1930 OLNEY AVE.
CHERRY HILL, NJ 08003
888-345-9212

Office Hours:
Monday - Thursday 9am - 9pm ET
Friday 9am - 5pm ET

CREDITOR: Verizon Wireless
CREDITOR ACCT#: 0825xxxx0001
MRS Account#: LU7.6960066
Principal Balance: $996.90
Verizon Collection Fees: $99.69
AMOUNT DUE : $1,096.59

July 2, 2021

Dear BASSEM FAYAD,

We recognize that a possible hardship or pitfall may have prevented you from satisfying your obligation. We are presenting three options that will enable you to resolve your balance. We are not obligated to renew this offer.

Option 1: A monthly payment plan on the full balance of the account.

Option 2: You pay $712.78 in ONE PAYMENT to be received in this office on or before 07/16/2021.

Option 3: You make TWO PAYMENTS of $383.81 each. The first payment to be received in this office on or before 07/16/2021 and the second payment on or before 08/16/2021.

Payment may be made by calling 888-345-9212, mailing to the above address or by using our online payment website at https://portal.mrsbpo.com (internet connection required). If you have any questions or wish to discuss other arrangements, you may contact us. Make checks payable to Verizon.

Sincerely,
MRS Associates
888-345-9212
MRS Associates is a trade name of MRS BPO, L.L.C.
Letter ID: LU7.6960066.11971627

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.

VZSTL002


S-SFMRSA11
PCF5KJ00308655 - 628319599 I17310
*Return Address :*
MRS BPO, L.L.C.
1930 OLNEY AVENUE
CHERRY HILL NJ 08003


MRS Associates
1930 OLNEY AVENUE
CHERRY HILL NJ 08003
855-947-1472

Office Hours:
Monday - Thursday   9am - 9pm ET
Friday   9am - 5pm ET



GUSTAVO ARAUJO
1417 JOHNSON ST
HOLLYWOOD FL 33020-3708

July 8, 2020

| CREDITOR: | JPMorgan Chase Bank N.A. |
|---|---|
| CREDITOR ACCT#: | xxxx1253 |
| MRS ACCT#: | LU4.5213937 |
| BALANCE DUE: | $32,430.56 |

Dear GUSTAVO ARAUJO,

The above referenced creditor has placed your account with our office for collection. We recognize that sometimes circumstances or events can make it difficult to satisfy your financial obligations. Resolving an overdue debt is never easy. Often the hardest part is taking the first step. We are ready to assist you to find a solution that is both fair and reasonable by presenting two options that will enable you to resolve your balance with JPMorgan Chase Bank N.A.:

| SINGLE PAYMENT | MONTHLY PAYMENTS PLAN |
|---|---|
| Make a **ONE-TIME** payment of $16,215.33 by 08/23/2020 to resolve your account | Can't make a settlement right now? We can work with you on a payment plan for the full balance of your account. |

If you need additional time to respond to these offers, please contact us.
We are not obligated to renew these offers.

Ready to make a payment, or have a question for us? Choose from any of our available payment or contact options.

 **Pay via the Web**
https://portal.mrsbpo.com

 **Pay by Phone**
855-947-1472

 **Pay by Mail**
MRS BPO, LLC
1930 Olney Avenue,
Cherry Hill, NJ 08003

**IMPORTANT CONSUMER INFORMATION**
Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,

MRS Associates
855-947-1472
MRS Associates is a trade name of MRS BPO, L.L.C.
Letter ID: LU4.5213937.17213883

| Tax time is a great time to put issues like this behind you. Consider using any possible tax refund you may receive to satisfy your outstanding obligation. |
|---|

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.



S-SFMRSA11
PDPBYV00410611 - 656555444 I21222
*Return Address :*
MRS BPO, L.L.C.
1930 OLNEY AVE.
CHERRY HILL, NJ 08003



Send Payment/Correspondence to:
MRS Associates
1930 OLNEY AVE.
CHERRY HILL, NJ 08003
888-848-8639

Office Hours:
Monday - Thursday  9am - 9pm ET
Friday  9am - 5pm ET



MAAZ ISRAR
10503 NW 5TH MNR
PLANTATION FL 33324-1648

Creditor: NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3
Creditor Acct(s)#: XXXXXXPHEA
MRS Acct(s): 13518662
**TOTAL BALANCE(S): $21,803.71**

March 3, 2021

| MRS Acct# | Creditor/TrustName | Date Debt Incurred | Principal Balance | Interest Balance | Total Balance | Total Discount Offer in 1 Payment | Total Discount Offer in 2 Payments |
|---|---|---|---|---|---|---|---|
| 13518662 | NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3 | 09/09/2005 | 21,355.62 | 448.09 | 21,803.71 | 15,914.58 | 18,748.68 |

Dear MAAZ ISRAR,

MRS BPO, L.L.C. is presenting three options to assist you resolve the outstanding balance on your account(s). We are not obligated to renew this offer.

Option 1: A monthly payment plan on the full balance of the account.

Option 2: You pay $15,914.58 in ONE PAYMENT to be received in this office on or before 03/27/2021.

Option 3: You make TWO PAYMENTS of $9,374.34 each. The first payment to be received in this office on or before 03/27/2021 and the second payment on or before 04/17/2021.

Payment may be made by calling 888-848-8639 or mailing to the above address.

When you call please let our representative know that you have received the NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3 Option Letter.

Sincerely,

MRS Associates
888-848-8639
MRS Associates is a trade name of MRS BPO, L.L.C.
Letter ID: LU1.13518662.19568050

Tax time is a great time to put issues like this behind you. Consider using any possible tax refund you may receive to satisfy your outstanding obligation.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.



Send Payment/Correspondence to:
MRS Associates
1930 OLNEY AVE.
CHERRY HILL, NJ 08003
800-840-6031

Office Hours:
Monday - Thursday   9am - 9pm ET
Friday   9am - 5pm ET

CREDITOR: CAPITAL ONE BANK (USA) N.A.
CREDITOR ACCT# ENDING: 3564
MRS ACCT#: LU5.471079
ACCOUNT BALANCE : $3,237.28

October 14, 2021

**Account Options**

Dear DAVID J ORTIZ,

We are presenting three options that may better fit your individual needs to resolve your account.

Option 1: You pay only $1,618.64 in ONE PAYMENT, a savings of $1,618.64 on the full balance. This payment must be received on or before 10/29/2021.

Option 2: You pay only TWO PAYMENTS of $1,052.12 each, a savings of $1,133.04 on the full balance. The first payment must be received in this office on or before 10/29/2021 and the second payment on or before 11/26/2021.

Option 3: Contact us to make monthly payments on the full account balance.

Payment may be made by calling 800-840-6031, mailing to the above address, or you can pay online at https://portal.mrsbpo.com. If you have any questions or would like to explore other payment arrangements, please call us at the number below.

When you call, please let our representative know that you have received the CAPITAL ONE BANK (USA) N.A. Option Letter.

Sincerely,

MRS Associates
800-840-6031
MRS Associates is a trade name of MRS BPO, L.L.C.
Letter ID: LU5.471079.3979693

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.

STL002C1


MRS BPO, LLC
1930 OLNEY AVENUE
CHERRY HILL, NJ 08003

 MRS Associates
1930 OLNEY AVENUE
CHERRY HILL NJ 08003
855-947-1472

Office Hours:
Monday - Thursday  9am - 9pm ET
Friday  9am - 5pm ET



JEFFREY L COHEN
3599 YACHT CLUB DR APT 1902
AVENTURA FL 33180-4012

November 7, 2020

| CREDITOR: | JPMorgan Chase Bank N.A. |
|---|---|
| CREDITOR ACCT#: | xxxx6049 |
| MRS ACCT#: | LU4.5403776 |
| BALANCE DUE: | $8,152.28 |

Dear JEFFREY L COHEN,

The above referenced creditor has placed your account with our office for collection. We recognize that sometimes circumstances or events can make it difficult to satisfy your financial obligations. Resolving an overdue debt is never easy. Often the hardest part is taking the first step. We are ready to assist you to find a solution that is both fair and reasonable by presenting two options that will enable you to resolve your balance with JPMorgan Chase Bank N.A.:

| SINGLE PAYMENT | MONTHLY PAYMENTS PLAN |
|---|---|
| Make a **ONE-TIME** payment of $4,891.42 by 12/24/2020 to resolve your account | Can't make a settlement right now? We can work with you on a payment plan for the full balance of your account. |

If you need additional time to respond to these offers, please contact us.
We are not obligated to renew these offers.

Ready to make a payment, or have a question for us? Choose from any of our available payment or contact options.

 **Pay via the Web**
https://portal.mrsbpo.com

 **Pay by Phone**
855-947-1472

 **Pay by Mail**
MRS BPO, LLC
1930 Olney Avenue,
Cherry Hill, NJ 08003

### IMPORTANT CONSUMER INFORMATION

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,

MRS Associates
855-947-1472
MRS Associates is a trade name of MRS BPO, L.L.C.
Letter ID: LU4.5403776.18117809

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.
MRS ASSOCIATES | 1930 OLNEY AVENUE, CHERRY HILL, NJ 08003 | 855-947-1472
OFFICE HOURS: MONDAY - THURSDAY 9AM - 9PM ET | FRIDAY 9AM - 5PM ET




S-SFMRSA11
PC/XXY/8003 12398 - 638691476 (24796)
Return Address:
MRS BPO, L.L.C.
1930 OLNEY AVENUE
CHERRY HILL NJ 08003

MRS Associates
1930 OLNEY AVENUE
CHERRY HILL NJ 08003
888-902-9643

Office Hours:
Monday - Thursday  9am - 9pm ET
Friday  9am - 5pm ET



MARLINE JOSEPH
2021 FILLMORE ST APT 4
HOLLYWOOD FL 33020-4087

October 14, 2020

| | |
|---|---|
| CREDITOR: | JPMorgan Chase Bank N.A. |
| CREDITOR ACCT#: | xxxx9593 |
| MRS ACCT#: | LU4.5247956 |
| BALANCE DUE: | $14,676.65 |

Dear MARLINE JOSEPH,

We would like to present you with the below offers to resolve your account. Should you need to speak with a representative, please call 888-902-9643. We look forward to the opportunity to assist you with resolving your account.

| SINGLE PAYMENT | NEED MORE TIME? | MONTHLY PAYMENTS |
|---|---|---|
| Make a **ONE-TIME** payment of $3,228.86 by 10/28/2020 to resolve your account | Make **TWO PAYMENTS** of $2,348.27 as follows: Payment 1 by 10/28/2020 Payment 2 by 11/27/2020 to resolve your account | Can't make a settlement right now? We can work with you on a payment plan for the full balance of your account. |

If you need additional time to respond to these offers, please contact us.
We are not obligated to renew these offers.

Ready to make a payment, or have a question for us? Choose from any of our available payment or contact options.

 **Pay via the Web**
https://portal.mrsbpo.com

 **Pay by Phone**
888-902-9643

 **Pay by Mail**
MRS BPO, LLC
1930 Olney Avenue,
Cherry Hill, NJ 08003

Sincerely,
MRS Associates
888-902-9643
MRS Associates is a trade name of MRS BPO, L.L.C.
Letter ID: LU4.5247956.17949864

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.


S-SFMRSA11
PDPBYV00317288 - 656554667 I34576
*Return Address :*
MRS BPO, L.L.C.
1930 OLNEY AVE.
CHERRY HILL, NJ 08003



Send Payment/Correspondence to:
MRS Associates
1930 OLNEY AVE.
CHERRY HILL, NJ 08003
877-398-9255

Office Hours:
Monday - Thursday  9am - 9pm ET
Friday              9am - 5pm ET



BASSEM FAYAD
16950 N BAY RD APT 503
SUNNY ISLES BEACH FL 33160-4241

March 3, 2021

| CREDITOR: TD BANK |
| CREDITOR ACCT#: xxxx3003 |
| MRS ACCT#: LU1.**14594054** |
| Total Balance: $4,750.78 |

Please visit our new and improved customer portal at www.mrsbpo.com for more information!

Dear BASSEM FAYAD,

The above referenced creditor has placed your account with our office for collection. We recognize that sometimes circumstances or events can make it difficult to satisfy your financial obligations.

Resolving a long overdue debt is never easy. Often the hardest part is taking the first step. We are ready to assist you to find a solution that is both fair and reasonable. You are eligible for a discount offer. We are not obligated to renew this offer.

Make 1 payment of $3,563.13 to be received by 04/10/2021.

Payment may be made by calling 877-398-9255, mailing to the above address or by using our online payment website at https://portal.mrsbpo.com (internet connection required).

**IMPORTANT CONSUMER INFORMATION**

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,

MRS Associates
877-398-9255
MRS Associates is a trade name of MRS BPO, L.L.C.
Letter ID: LU1.14594054.19533974

Tax time is a great time to put issues like this behind you. Consider using any possible tax refund you may receive to satisfy your outstanding obligation.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.

001wSIFOPTwWP




1930 OLNEY AVENUE
CHERRY HILL, NJ 08003
856-947-1472
Office Hours:
Monday - Thursday  9am - 9pm ET
Friday  9am - 5pm ET

Return Address:
MRS BPO, LLC
1930 OLNEY AVENUE
CHERRY HILL, NJ 08003

JEFFREY E COHEN
3598 YACHT CLUB DR APT 1902
MIAMI FL 33180-4012

December 2, 2020

| CREDITOR: | JPMorgan Chase Bank N.A. |
|---|---|
| CREDITOR ACCT#: | xxxx0708 |
| MRS ACCT#: | LU45408699 |
| BALANCE DUE: | $2,011.15 |

Dear JEFFREY E COHEN,

The above referenced creditor has placed your account with our office for collection. We recognize that sometimes circumstances or events can make it difficult to satisfy your financial obligations. Resolving an overdue debt is never easy. Often the hardest part is taking the first step. We are ready to assist you to find a solution that is both fair and reasonable by presenting two options that will enable you to resolve your balance with JPMorgan Chase Bank N.A.

| SINGLE PAYMENT | MONTHLY PAYMENTS PLAN |
|---|---|
| Make a **ONE-TIME** payment of $1,206.74 by 01/16/2021 to resolve your account | Can't make a settlement right now? We can work with you on a payment plan for the full balance of your account. |

If you need additional time to respond to these offers, please contact us.
We are not obligated to renew these offers.

Ready to make a payment, or have a question for us? Choose from any of our available payment or contact options.


**Pay via the Web**
https://portal.mrsbpo.com


**Pay by Phone**
855-947-1472


**Pay by Mail**
MRS BPO, LLC
1930 Olney Avenue,
Cherry Hill, NJ 08003

**IMPORTANT CONSUMER INFORMATION**

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,

MRS Associates
855-947-1472
MRS Associates is a trade name of MRS BPO, LLC.
Letter ID: LU45408699.18245788

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.



| | Send Payment/Correspondence to: | CREDITOR: AFFIRM INC |
|---|---|---|
| | MRS Associates | PREVIOUS CREDITOR: AFFIRM VIRTUAL CARD |
| | 1930 OLNEY AVE. | MRS ACCT#: LU9.1657070 |
| | CHERRY HILL, NJ 08003 | CREDITOR ACCT#: xxxxMFQT |
| | 833-964-1372 | **ACCOUNT BALANCE : $738.18** |

Office Hours:
Monday - Thursday  9am - 9pm ET
Friday                      9am - 5pm ET

May 7, 2021

Dear NICHOLAS GUASTO,

We recognize that a possible hardship or pitfall may have prevented you from satisfying your obligation. We are presenting three options to resolve your balance. We are not obligated to renew this offer.

**Option 1:** A monthly payment plan on the full balance of the account.

**Option 2:** You pay $538.88 in ONE PAYMENT to be received in this office on or before 05/24/2021.

**Option 3:** You make TWO PAYMENTS of $310.04 each. The first payment to be received in this office on or before 05/24/2021 and the second payment on or before 06/24/2021.

Payment may be made by calling 833-964-1372, mailing to the above address or by using our online payment website at https://portal.mrsbpo.com.

When you call please let our representative know that you have received the AFFIRM INC Option Letter.

Sincerely,

MRS Associates
3-964-1372
S Associates is a trade name of MRS BPO, L.L.C.
r ID: LU9.1657070.1782870

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collector.