**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Civil Action No.: 0:21-cv-61065-RKA**

MICHEL RIVERA *et al*.

    Plaintiffs,

v.

MRS BPO, LLC,

    Defendant.

**UNOPPOSED MOTION TO STAY AND MEMORANDUM IN SUPPORT THEREOF**

Defendant respectfully moves the Court to stay this consolidated case pending the outcome of the rehearing of the Eleventh Circuit Court of Appeals' decision in *Hunstein v. Preferred Collection and Management Services, Inc.*, 17 F.4th 1016 (11th Cir. 2021), *rehearing en banc granted, opinion vacated*, 17 F.4th 1103 (Mem.). Hunstein involves a Fair Debt Collection Practices Act claim that is substantially similar to Plaintiffs' claim in the instant matter.

Rule 1 of the Federal Rules of Civil Procedure provides that "[the Federal Rules of Civil Procedure] should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." Consequently, district courts are afforded broad discretion in managing their dockets. *See Clinton v. Jones,* 520 U.S. 681, 706 (1997). "When ruling on a motion to stay pending the resolution of a related case in another forum, district courts must consider both the scope of the stay and the reasons given for the stay." *Lipford v. Carnival Corp*., 346 F. Supp. 2d 1276, 1278 (S.D. Fla. 2004).

Staying this case pending the outcome of the rehearing of the Eleventh Circuit Court of Appeals' decision in *Hunstein* will promote a just, speedy, and inexpensive determination of this

1

proceeding. The Eleventh Circuit is expected to issue a decision addressing whether a party in a position similar to Plaintiffs has Article III standing, which impacts this Court's subject matter jurisdiction. Staying this matter insures against the needless expenditure of the Court and the parties' valuable time and resources. Furthermore, Plaintiffs will not be prejudiced by staying this case.

### LOCAL RULE 7.1(a)(3) CERTIFICATION

The undersigned conferred with Plaintiffs' counsel regarding the relief sought by this motion. Plaintiffs' counsel does not oppose the relief requested.

Dated: December 9, 2021    /s/ Ronald S. Canter
Ronald S. Canter, Esq.
Bar # 335045
The Law Offices of Ronald S. Canter, LLC
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
rcanter@roncanterllc.com

*Local address:*
400 S. Dixie Hwy #322
Boca Raton, Florida 33432

Bradley R. Armstrong (MN #393524)
*Pro Hac Vice*
Moss & Barnett, PA
150 South Fifth Street
Suite 1200
Minneapolis, MN 55402
Telephone: (612) 877-5359
Facsimile: (612) 877-5034
Bradley.Armstrong@lawmoss.com

*Attorneys for Defendant MRS BPO, LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 9, 2021, the foregoing document was filed with the Clerk of the Court and served in accordance with ECF procedures upon the following:

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street Suite 1744
Ford Lauderdale, FL 33301
*Counsel for Plaintiff*

            /s/Ronald S. Canter
            Ronald S. Canter, Esq.
            *Attorney for Defendant MRS BPO, LLC*